IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL OZIABLO, on behalf of himself and similarly situated employees, | : |
| Plaintiff, | : 2:17-cv-02548-JMB-JBC |
| v. | : |
| THE SCOTTS MIRACLE-GRO COMPANY and TRUGREEN LIMITED PARTNERSHIP, | : |
| Defendant. | : |

### NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION

Plaintiff Daniel Oziablo, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action.

Dated: June 14, 2017

Respectfully submitted,

s/ R. Andrew Santillo
R. Andrew Santillo (NJ ID #025512004)
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Ph: (215) 884-2491
Fx: (215) 884-2492
E-Mail: asantillo@winebrakelaw.com

One of Plaintiff's Counsel

_____   6/15/17
Judge John Michael Vazquez, U.S.D.J.    Date